IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mylin Robert Horner ) | Bankruptcy No. 19-21996-GLT |
| Kimberly Marie Horner ) | Chapter 13 |
| ) | Related to Docket Document No. 1 & 8 |
| Debtor(s) ) | Docket Document No. 19 |
| _____ ) | |
| Mylin Robert Horner   xxx-xx-6067 ) | |
| ) | |
| Movant ) | Motion No. WO-1 |
| ) | |
| v. ) | Filed Under Local Rule 9013.4, Para. 6(c) |
| JH Technical Services, Inc. and ) | |
| RONDA J. WINNECOUR ) | |
| Ch. 13 Trustee, ) | |
| ) | |
| Respondents. ) | |

## EX PARTE MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

RONDA J. WINNECOUR, Chapter 13 Trustee, and the Debtor respectfully represent as follows:

1. A Chapter 13 case was filed,

2. It appears that the Debtor receives regular income which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan. The company for which Debtor receives regular income:

   JH Technical Services, Inc, Attn.: Payroll Manager, 2021 Meadowridge Drive, Washington, PA 15301

3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the Plan.

WHEREFORE, the Chapter 13 Trustee and/or the Debtor respectfully request that this Court enter an Order to Pay the Trustee in the form attached.

DATE: May 24, 2019                /s/Suzanne M. Bash
                                  Signature of Chapter 13 Trustee or Attorney for Debtor(s)
                                  Suzanne M. Bash, Esq.
                                  231 South Main Street, Suite 310, Greensburg, PA 15601
                                  Address of Chapter 13 Trustee or Attorney for Debtor(s)
                                  (724) 832-0234, PA ID 308662
                                  suzannembash@yahoo.com