IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/21/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: Mylin Robert Horner<br>Kimberly Marie Horner<br><br>Debtor(s)<br><br>Mylin Robert Horner   xxx-xx-6067<br><br>Movant(s)<br><br>v.<br><br>JH Technical Services, Inc. and<br>Ronda J. Winnecour, Trustee<br><br>Respondents. | Bankruptcy No. 19-21996-GLT<br>Chapter 13<br>Related to Docket Document No. 31 |

Filed Under Local Rule 9013.4, Para. 6(c)

## ORDER OF COURT

**AND NOW,** to wit, this   21st   day of   August   2019, it is hereby **ORDERED, ADJUDGED,** and **DECREED,** that JH Technical Services, Inc., is **ORDERED** to immediately terminate the wage attachment affecting the wages of Mylin Robert Horner.  No future payments should be sent by JH Technical Services, Inc., to the Chapter 13 Trustee on behalf of Mylin Robert Horner.

Dated: 8/21/19

cm: Suzanne Bash, Esq.

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-21996-GLT
Mylin R. Horner                                                       Chapter 13
Kimberly M. Horner
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Aug 21, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db/jdb          +Mylin R. Horner,    Kimberly M. Horner,    706 Belzer Road,    Tarrs, PA 15688-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
      James     Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Suzanne M. Bash     on behalf of Debtor Mylin R. Horner suzannembash@yahoo.com,   sooz1205@yahoo.com
      Suzanne M. Bash     on behalf of Joint Debtor Kimberly M. Horner suzannembash@yahoo.com,    sooz1205@yahoo.com
                                                                                                                                                                 TOTAL: 5