FILED
11/22/19 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** MYLIN R. & KIMBERLY M. HORNER
- **Case Number:** 19-21996-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 21, 2019 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#16 - Final Confirmation of Plan Dated 5/16/2019 (NFC)
R / M #: 16 / 0

### Appearances:

Debtor: Hamric for Bach
Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: 12/4/19 at 9:00 AM
10. _____ Other:

*Above median case that proposes 36 month plan that does not pay UNS in full*

11/14/2019 1:07:12PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mylin R. Horner  
Kimberly M. Horner  
       Debtors

Case No. 19-21996-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Nov 22, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.  
db/jdb       +Mylin R. Horner,   Kimberly M. Horner,   706 Belzer Road,   Tarrs, PA 15688-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:  
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
              Suzanne M. Bash    on behalf of Debtor Mylin R. Horner suzannembash@yahoo.com, sooz1205@yahoo.com  
              Suzanne M. Bash    on behalf of Joint Debtor Kimberly M. Horner suzannembash@yahoo.com,  
               sooz1205@yahoo.com  
                                                                                                                     TOTAL: 5