FILED
12/5/19 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-21996-GLT |
| | Chapter 13 |
| MYLIN R. HORNER and | Related Dkt. No. 16 |
| KIMBERLY M. HORNER, | |
| Debtors. | |

## ORDER

On December 4, 2019, the Court held a confirmation hearing on the *Chapter 13 Plan Dated May 16, 2019* [Dkt. No. 16]. Based upon statements made on the record at the December 4 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Confirmation of Debtors' *Chapter 13 Plan Dated May 16, 2019* [Dkt. No. 16] is **DENIED**.

2. ***On or before January 3, 2020***, the Debtors shall file:

    (a) an amended Schedule I; and

    (b) either

        (i) a motion to convert to a chapter 7; or

        (ii) an amended chapter 13 plan.

Dated: December 5, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors
Suzanne Bash, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mylin R. Horner
Kimberly M. Horner
    Debtors

Case No. 19-21996-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Dec 05, 2019
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db/jdb       +Mylin R. Horner,   Kimberly M. Horner,   706 Belzer Road,   Tarrs, PA 15688-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Suzanne M. Bash    on behalf of Debtor Mylin R. Horner suzannembash@yahoo.com, sooz1205@yahoo.com
         Suzanne M. Bash    on behalf of Joint Debtor Kimberly M. Horner suzannembash@yahoo.com, sooz1205@yahoo.com
                                                                                       TOTAL: 5