**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   MYLIN R. HORNER
   KIMBERLY M. HORNER
       Debtor(s)

Case No.:19-21996 GLT

   Ronda J. Winnecour
       Movant
      vs.
   No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/16/2019 and confirmed on 06/20/2019. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,230.59 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,225.59 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 934.08 | |
|   Trustee Fee | 192.49 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,126.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 3956 | 0.00 | 4,099.02 | 0.00 | 4,099.02 |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 3956 | 973.62 | 0.00 | 0.00 | 0.00 |
| | | | | 4,099.02 |
| **Priority** | | | | |
| SUZANNE M BASH ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MYLIN R. HORNER<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY BANK LEASE TRUST<br>  Acct: 4271 | 10,063.88 | 0.00 | 0.00 | 0.00 |
| ACAR LEASING LTD D/B/A GM FINANCIAL l<br>  Acct: 8903 | 6,773.12 | 0.00 | 0.00 | 0.00 |
| SUZANNE M BASH ESQ<br>  Acct: | 2,416.00 | 934.08 | 0.00 | 0.00 |
| MYLIN R. HORNER<br>  Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9900 | 2,067.31 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 9503 | 3,870.98 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 8853 | 768.97 | 0.00 | 0.00 | 0.00 |
| CARE PAYMENT<br>Acct: 8418 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: 5410 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: 8295 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**<br>Acct: 2990 | 7,300.96 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1043 | 5,794.70 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8089 | 3,487.67 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8303 | 2,976.16 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 6723 | 260.17 | 0.00 | 0.00 | 0.00 |
| ELLIOTT COMMUNITY FEDERAL CREDIT UN<br>Acct: 8808 | 3,474.61 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH ANESTHESIA ASSOCIATE<br>Acct: EXEL | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH ANESTHESIA ASSOCIATE<br>Acct: 7391 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: 5EMG | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: 5EMG | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: 5EMG | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: 5EMG | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: 5EMG | 0.00 | 0.00 | 0.00 | 0.00 |
| FRICK HOSPITAL<br>Acct: 0040 | 0.00 | 0.00 | 0.00 | 0.00 |
| FRICK HOSPITAL<br>Acct: 0012 | 0.00 | 0.00 | 0.00 | 0.00 |
| FRICK HOSPITAL<br>Acct: 0057 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3016 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 5316 | 7,140.86 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5056 | 5,513.62 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3016 | 4,489.28 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3715 | 3,163.42 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                   4,099.02

TOTAL CLAIMED
   PRIORITY            16,837.00
   SECURED                973.62
   UNSECURED           50.308.71

Date: 01/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com