# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-21996-GLT |
| Mylin Robert Horner | : | |
| Kimberly M. Horner | : | Chapter 7 |
| | : | |
| Debtors | : | Doc. No. 56 |
| _____ | : | |
| | : | |
| Mylin Robert Horner | : | |
| Kimberly M. Horner | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, W.D P.A | : | |

## **CERTIFICATE OF SERVICE**

I, **Suzanne M. Bash**, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the January 10, 2020 Order of Court Converting Case from Chapter 13 to Chapter 7 on the parties at the addresses on the Creditor Address Matrix, assigned trustee and the US Trustee by first class mail*.


Executed on: January 29, 2020        By: /s/ Suzanne M. Bash
                                     Suzanne M. Bash, Esquire
                                     231 South Main Street, Suite 310
                                     Greensburg, PA 15658
                                     Tel: 724-832-0234
                                     Fax: 724-837-5617
                                     Suzanne@suzannembashlaw.com

_____
*Parties served by the court electronically were not served by regular mail.

| | |
|---|---|
| Ally Financial | AmeriCredit/GM Financial |
| P.O. Box 380901 | Attn: Bankruptcy |
| Pittsburgh, PA 15230 | P.O. Box 183853 |
| | Arlington, TX 76096 |

Best Buy/CBNA
Citibank Corp/Centralized Bankruptcy
P.O. Box 790034
Saint Louis, MO 63179

Capital One
PO Box 30285
Salt Lake City, UT 84130

Carepayment
P.O. Box 2398
Omaha, NE 68103

CBCS
P.O. Box 2724
Columbus, OH 43216

Citi/Sears
Citibank Centralized Bankruptcy
P.O. Box 790034
Saint Louis, MO 63179

Citibank/The Home Depot
Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Elliot Community FCU
920 N. 4th Street
Jeannette, PA 15644

Excela Health Anesthesia
P.O. Box 1403
Indianapolis, IN 46206

Excela Health Medical Group
P.O. Box 645189
Pittsburgh, PA 15264

Excela Health Medical Group
520 Jefferson Avenue
Suite 400
Jeannette, PA 15644

Frick Hospital
508 South Church Street
Mount Pleasant, PA 15666

M & T Bank
Attn: Bankruptcy
P.O. Box 844
Buffalo, NY 14240

OneMain Financial
Attn: Bankruptcy
601 NW 2nd Street
Evansville, IN 47708

Synchrony Bank/Care Credit
P.O. Box 965060
Orlando, FL 32896

Synchrony Bank/JC Penney
P.O. Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Walmart
P.O. Box 956060
Orlando, FL 32896