**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
|   Mylin R. Horner ) | |
|   Kimberly M. Horner ) | Case No. 19-21996-GLT |
| ) | |
| ) | Chapter 7 |
| ) | Document # 62 |

## 1019 REPORT

1. This case was commenced on May 16, 2019 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors' Chapter 13 case was converted to Chapter 7 on January 10, 2020.

3. The Debtors have not acquired additional personal property.

4. The Debtors have not acquired additional real property and have not entered into or assumed any executory contracts.

5. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not acquired any additional debts.

WHEREFORE, the Debtors, Mylin R. Horner and Kimberly M. Horner respectfully files the within Rule 1019 Report and the Debtors' Statement of Intentions regarding secured creditors.

Respectfully Submitted,

Dated: <u>February 12, 2020</u>

/s/Suzanne M. Bash  
Suzanne M. Bash, Esquire  
Attorney for the Debtors  
231 South Main Street, Suite 310  
Greensburg, PA 15601  
(724) 832-0234  
PA ID: #308662  
suzanne@suzannembashlaw.com