# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly M. Horner<br>Mylin R. Horner<br>　　　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Kimberly M. Horner<br>Mylin R. Horner<br>　　　　　　　　　Debtor(s)<br><br>Charles O. Zebley, Jr.,<br>Trustee | BK NO. 19-21996 GLT<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE OF
### Default Order on Motion for Relief from the Automatic Stay

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 14, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kimberly M. Horner
706 Belzer Road
Tarrs, PA 15688

Mylin R. Horner
706 Belzer Road
Tarrs, PA 15688

Attorney for Debtor(s)
Suzanne M. Bush, Attorney at Law
231 South Main Street, Suite 310
Greensburg, PA 15601

Trustee
Charles O. Zebley, Jr.
P.O. Box 2124
Uniontown, PA 15401

Method of Service:  electronic means or first class mail

Dated: April 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com